# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| DAVID PUCKETT and JOYCE PUCKETT, | : : : |
| Plaintiffs, | : : |
| v. | : CIVIL ACTION NO. : 2:13-CV-0131-RWS |
| BOARD OF TRUSTEES OF THE FIRST BAPTIST CHURCH OF GAINESVILLE, INC. and FIRST BAPTIST CHURCH OF GAINESVILLE, | : : : : : |
| Defendants. | : |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [46] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Plaintiff's Request to Clarify the Court's April 17, 2014 Order ([35] at 4) is **DENIED**, and Defendant's Motion for Summary Judgment [27] is **DENIED**.

**SO ORDERED**, this  18th  day of February, 2015.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)